KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUN XIANG, | ) |
| | ) No. C 06-6336 CRB |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO EXTEND DATES;** |
| | ) **and [PROPOSED] ORDER** |
| ALBERTO GONZALES, as Attorney General of the United States, | ) |
| | ) |
| Defendant. | ) |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about October 10, 2006. Defendant's answer is currently due on December 18, 2006.

2. Pursuant to this Court's October 10, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on January 12, 2007, and attend a case management conference on January 19, 2007.

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation for Extension
C 06-6336 CRB

|   |   |   |
|---|---|---|
| 1 | Last day to file Defendant's Answer: | January 11, 2007 |
| 2 | Last day to file Joint ADR Certification: | January 26, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | February 9, 2007 |
| 4 | Case Management Conference: | February 16, 2007, at 8:30 a.m. ~~10:00 a.m.~~ |

Date: December 7, 2006          Respectfully submitted,

KEVIN V. RYAN
United States Attorney

                                /s/
                                EDWARD A. OLSEN
                                Assistant United States Attorney
                                Attorneys for Defendant


                                /s/
Date: December 7, 2006          DANIEL T. HUANG
                                Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  December 12, 2006        _____
                                CHARLES R. BREYER
                                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

Stipulation for Extension
C 06-6336 CRB