1 KEVIN V. RYAN, CSBN 118321
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
Attorneys for Defendant
8

9                     UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 JUN XIANG,                    )
                                       ) No. C 06-6336 CRB
13        Plaintiff,             )
                                       )
14    v.                       ) **STIPULATION TO DISMISS; AND**
                                       ) **[PROPOSED] ORDER**
15 ALBERTO GONZALES, as Attorney General )
of the United States,          )
16                                        )
      Defendant.            )
17 _____ )

18    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

19 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

20 the adjudication of Plaintiff's adjustment of status application (Form I-485).

21    Each of the parties shall bear their own costs and fees.

22 Dated: January \\, 2007                   Respectfully submitted,

23                                               KEVIN V. RYAN
                                              United States Attorney
24

25

26                                               EDWARD A. OLSEN
                                              Assistant United States Attorney
27                                               Attorney for Defendant

28

Stipulation for Extension
C 06-6336 CRB

1
2  Dated: January __11__, 2007
3                                              _____
                                               DANIEL T. HUANG
                                               Attorney for Plaintiff
4
5                                    **ORDER**
6
7     Pursuant to stipulation, IT IS SO ORDERED.
8
9  Date:  January 16, 2007
10                                             CHARLES R. BREYER
                                               United S...



11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation for Extension
C 06-6336 CRB